United States Magistrate Judge
Honorable James K. Bredar
101 W. Lombard Street
Baltimore, MD. 21201

RECEIVED IN THE OFFICE OF
JAMES K. BREDAR
AUG 6 - 2008
UNITED STATES MAGISTRATE JUDGE

July 30, 2008

01-0535
01-377

Dear Honorable Judge:

    This is a brief letter sent as a follow-up to one which I sent to you dated July 1, 2008, in regards to my attempts to acquire the assistance of legal counsel to represent me while I address certain issues that arose during my criminal prosecution in Maryland District Court.

    Attached hereto, is a copy of a letter which I recently received from the Department of Justice, Office of Professional Responsibility. This letter was sent in response to my attempt to have someone assist me in my efforts to acquire the F.B.I. reports relevant to the investigation of the allegation that evidence was stolen from my case, by the prosecutor who was representing the government during my trial.

    The DOJ response continues to be one that suggests that I seek judicial review through litigation, and that I seek legal assistance. I hope it thereby helps to demonstrate my need for the assignment of legal representation, as I tried to convey through my previous correspondence.

    As before, I thank you for your time, and I await your response.

Respectfully,

Nacoe Brown
Register No. 34730-037
U.S.P. Lee County
P.O. Box 305
Jonesville, VA. 24263