IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NACOE[1] BROWN                           :
    v.                                       :        Civil Action No.: AMD-08-1825
CLERK                                    :
                               ..o0o..

ORDER

    The court is in receipt of correspondence from plaintiff wherein he asserts that he requested records from the FBI concerning the investigation of the conduct of an Assistant United States Attorney during his federal criminal trial. Paper No. 1. He asks that this court appoint an attorney to help him gather the information he seeks. (Of course, the court does not sit to assign counsel at the mere request of a convicted defendant for any purpose.)

    The letter was erroneously opened as a new complaint by court personnel. The instant complaint shall therefore be dismissed without prejudice and the Clerk shall be directed to file a copy of plaintiff's letter (Paper No. 1) in *United States v. Brown*, Criminal No. AMD-03-377.

    Accordingly, it is this 22nd day of August, 2008, by the United States District Court for the District of Maryland HEREBY ORDERED

    1. The complaint IS DISMISSED WITHOUT PREJUDICE;

    2. The motion for leave to proceed in forma pauperis IS DENIED AS MOOT;

    3. The Clerk shall AMEND the docket to correct spelling of plaintiff's name; and

    4. The Clerk shall DOCKET a copy of Paper Nos. 1 and 2 in *United States v. Brown*, Criminal No. AMD- 01-0377 and provide a copy of that document and this order to Mr. Brown.

                                               /s/_____
                                               Andre M. Davis
                                               United States District Judge

_____

[1]The Clerk shall be directed to correct the docket to reflect the correct spelling of plaintiff's name.