United States Magistrate Judge
Honorable James K. Bredar
101 W. Lombard Street
Baltimore, Maryland 21201

July 1, 2008

RECEIVED IN THE OFFICE OF
JAMES K. BREDAR
JUL 11 2008
UNITED STATES MAGISTRATE JUDGE

AMD-08-1825

Dear Honorable Judge:

Thank-you for responding to my last correspondence. If you recall, I submitted a financial affidavit dated April 15, 2008. I failed though, to clarify my reasons for submitting this affidavit, and I apologize for that confusion.

Enclosed you will find that I have re-submitted the fore-mentioned affidavit, along with what I hope is clarification of my reasons:

In the year 2001, I was convicted of Bank-Robbery in the District Court of Maryland. (Docket Numbers: AMD 01-0377 & Court of Appeals No. 06-6770) Before sentencing proceedings were held, the Assistant U.S. Attorney who was prosecuting the case against me came under F.B.I. investigation for the suspected theft of material evidence from my case. I was sentenced despite the ongoing investigation of the A.U.S.A. - Johnathon P. Luna.

Since then, I have exhausted both my Direct Appeal, and §2255 post-conviction remedies; at least all those that are known to me. In the course of this, I have continuously tried to discover the outcome of the F.B.I.'s investigation of evidence that was potentially stolen from that which was in the government's possession for presentation in the case against me. The relevance of this issue is that the F.B.I. investigation may have led to the discovery of evidence which proves prosecutoral misconduct in the proceedings that were held during my prosecution.

I have attempted to discover the findings of the F.B.I. investiagtion, which ended in 2006, by addressing the F.B.I. with an FOIPA request. This request was sent to the Baltimore Field Office, and was assigned the Request Number 1049462.

The F.B.I. response was that the information I requested in regards to Johnathon P. Luna was indeed in their records, but was protected from disclosure under FOIPA pursuant to 5 U.S.C. § 552(b)(7)(A). I appealed this decision by addressing the Office of Information and Privacy, U.S. Department of Justice. The F.B.I.'s decision to withold the information I requested was upheld by the Associate Director of the Office of Information and Privacy. I was informed then that I have the option of requesting judicial review of this decision, but I was given no information in regards to the method by which I must seek this judicial review.

Since that time, I have been trying to acquire counsel to aide me in my effort to acquire the F.B.I. records that I seek. But my financial status has precluded me from doing so.

The known theft of evidence from my case, by the very attorney who was prosecuting me on behalf of the government, is an issue that I find very relevant to my case, even though I currently have no appeals currently

pending in U.S. Courts.  And whereas I cannot effectively present my issue before the Court, without first acquiring the F.B.I. records that I seek, and I cannot accomplish that without the assistance of professional counsel, I am requesting that this Honorable Court assign me an attorney to represent my interests in this matter.

      I thank you for any time, consideration, and / or advice you may offer me in regards to this request.

                                                Respctfully Submitted,

                                                      Nacoe Brown
                                        Register No. 34730-037
                                          U.S.P. Lee County
                                              P.O. Box 305
                                         Jonesville, VA. 24263