## Inmate Statement

| Inmate Reg #: | 34730037 | Current Institution: | Lee USP |
|---|---|---|---|
| Inmate Name: | BROWN, NACOE | Housing Unit: | LEE-J-A |
| Report Date: | 04/16/2008 | Living Quarters: | J01-113L |
| Report Time: | 3:27:44 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | 4/10/2008 11:00:26 AM | TFN0410 | | | Phone Withdrawal | ($12.00) | | $16.21 |
| LEE | 4/10/2008 9:56:53 AM | HIPP0308 | | | Payroll - IPP | $27.80 | | $28.21 |
| LEE | 4/9/2008 8:55:04 PM | TFN0409 | | | Phone Withdrawal | ($10.00) | | $0.41 |
| LEE | 4/9/2008 5:13:50 PM | 33313808 | | | Western Union | $10.00 | | $10.41 |
| LEE | 4/7/2008 4:46:26 PM | TFN0407 | | | Phone Withdrawal | ($20.00) | | $0.41 |
| LEE | 4/6/2008 5:26:29 AM | 70105502 | | | Lockbox - CD | $20.00 | | $20.41 |
| LEE | 4/3/2008 7:28:54 PM | TFN0403 | | | Phone Withdrawal | ($20.00) | | $0.41 |
| LEE | 4/3/2008 4:19:45 PM | 33313408 | | | Western Union | $20.00 | | $20.41 |
| LEE | 4/2/2008 5:59:26 PM | 21 | | | Sales | ($30.12) | | $0.41 |
| LEE | 4/2/2008 3:48:18 PM | TFN0402 | | | Phone Withdrawal | ($1.00) | | $30.53 |
| LEE | 4/1/2008 3:52:47 PM | TFN0401 | | | Phone Withdrawal | ($19.00) | | $31.53 |
| LEE | 4/1/2008 2:17:51 PM | 33313208 | | | Western Union | $50.00 | | $50.53 |
| LEE | 3/12/2008 5:28:08 PM | 13 | | | Sales | ($19.55) | | $0.53 |
| LEE | 3/11/2008 4:52:51 PM | TFN0311 | | | Phone Withdrawal | ($20.00) | | $20.08 |
| LEE | 3/11/2008 4:12:04 PM | 33311708 | | | Western Union | $40.00 | | $40.08 |
| LEE | 3/11/2008 8:23:26 AM | TFN0311 | | | Phone Withdrawal | ($1.00) | | $0.08 |
| LEE | 3/7/2008 2:01:22 PM | HIPP0208 | | | Payroll - IPP | $0.12 | | $1.08 |
| LEE | 3/6/2008 5:44:46 PM | 17 | | | Sales | ($39.15) | | $0.96 |
| LEE | 3/1/2008 7:49:51 PM | TFN0301 | | | Phone Withdrawal | ($50.00) | | $40.11 |
| LEE | 3/1/2008 5:15:56 PM | 33311008 | | | Western Union | $90.00 | | $90.11 |
| LEE | 2/28/2008 5:00:54 PM | TFN0228 | | | Phone Withdrawal | ($2.00) | | $0.11 |
| LEE | 2/14/2008 6:34:56 PM | 33 | | | Sales | ($28.35) | | $2.11 |
| LEE | 2/8/2008 1:53:17 PM | HPSY0108 | | | Payroll - Psych Treatment | $30.00 | | $30.46 |
| LEE | 2/8/2008 6:09:49 AM | TFN0208 | | | Phone Withdrawal | ($6.00) | | $0.46 |
| LEE | 2/7/2008 6:54:08 PM | 33 | | | Sales | ($2.10) | | $6.46 |
| LEE | 2/7/2008 6:05:49 PM | 19 | | | Sales | ($59.48) | | $8.56 |
| LEE | 2/7/2008 9:03:37 AM | TFN0207 | | | Phone Withdrawal | ($2.00) | | $68.04 |
| LEE | 2/7/2008 6:05:57 AM | TFN0207 | | | Phone Withdrawal | ($5.00) | | $70.04 |
| LEE | 2/6/2008 6:53:17 PM | TFN0206 | | | Phone Withdrawal | ($2.00) | | $75.04 |
| LEE | 2/6/2008 5:57:08 PM | TFN0206 | | | Phone Withdrawal | ($3.00) | | $77.04 |
| LEE | 2/5/2008 7:39:13 PM | TFN0205 | | | Phone Withdrawal | ($5.00) | | $80.04 |
| LEE | 2/5/2008 5:14:42 PM | 33309208 | | | Western Union | $40.00 | | $85.04 |
| LEE | 2/4/2008 6:27:40 PM | TFN0204 | | | Phone Withdrawal | ($5.00) | | $45.04 |

# Inmate Statement

| Inmate Reg #: | 34730037 | Current Institution: | Lee USP |
| --- | --- | --- | --- |
| Inmate Name: | BROWN, NACOE | Housing Unit: | LEE-J-A |
| Report Date: | 04/16/2008 | Living Quarters: | J01-113L |
| Report Time: | 3:28:01 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LEE | 12/13/2007 6:31:52 AM | TFN1213 | | | Phone Withdrawal | ($8.00) | | $32.46 |
| LEE | 12/12/2007 9:18:59 PM | TFN1212 | | | Phone Withdrawal | ($20.00) | | $40.46 |
| LEE | 12/12/2007 8:19:50 PM | 33305308 | | | Western Union | $60.00 | | $60.46 |
| LEE | 12/10/2007 5:02:26 PM | TFN1210 | | | Phone Withdrawal | ($1.00) | | $0.46 |
| LEE | 12/10/2007 10:40:50 AM | HIPP1107 | | | Payroll - IPP | $1.08 | | $1.46 |
| LEE | 12/9/2007 6:49:02 PM | TFN1209 | | | Phone Withdrawal | ($10.00) | | $0.38 |
| LEE | 12/9/2007 5:13:54 PM | 33305108 | | | Western Union | $10.00 | | $10.38 |
| LEE | 12/8/2007 2:03:17 PM | TFN1208 | | | Phone Withdrawal | ($5.00) | | $0.38 |
| LEE | 12/5/2007 5:03:34 PM | TFN1205 | | | Phone Withdrawal | ($35.00) | | $5.38 |
| LEE | 12/5/2007 4:16:43 PM | 33304808 | | | Western Union | $40.00 | | $40.38 |
| LEE | 12/1/2007 8:45:33 PM | TFN1201 | | | Phone Withdrawal | ($1.00) | | $0.38 |
| LEE | 11/27/2007 5:56:30 PM | 26 | | | Sales | ($18.82) | | $1.38 |
| LEE | 11/25/2007 5:10:10 PM | 33304108 | | | Western Union | $20.00 | | $20.20 |
| LEE | 11/21/2007 6:32:15 PM | 50 | | | Sales | ($5.00) | | $0.20 |
| LEE | 11/17/2007 5:12:14 PM | 33303508 | | | Western Union | $5.00 | | $5.20 |
| LEE | 11/12/2007 3:28:20 PM | TFN1112 | | | Phone Withdrawal | ($10.00) | | $0.20 |
| LEE | 11/12/2007 3:15:18 PM | 33303108 | | | Western Union | $10.00 | | $10.20 |
| LEE | 11/9/2007 11:03:48 AM | TFN1109 | | | Phone Withdrawal | ($31.00) | | $0.20 |
| LEE | 11/9/2007 10:07:51 AM | HPSY1007 | | | Payroll - Psych Treatment | $30.00 | | $31.20 |
| LEE | 11/9/2007 10:07:24 AM | HIPP1007 | | | Payroll - IPP | $1.08 | | $1.20 |
| LEE | 11/1/2007 4:55:37 PM | TFN1101 | | | Phone Withdrawal | ($50.00) | | $0.12 |
| LEE | 11/1/2007 4:19:24 PM | 33302408 | | | Western Union | $50.00 | | $50.12 |
| LEE | 10/30/2007 7:11:09 PM | 57 | | | Sales | ($3.70) | | $0.12 |
| LEE | 10/24/2007 7:13:17 PM | 54 | | | Sales | ($47.05) | | $3.82 |
| LEE | 10/24/2007 3:11:46 PM | 33301808 | | | Western Union | $50.00 | | $50.87 |
| LEE | 10/17/2007 7:14:51 PM | 57 | | | Sales | ($9.95) | | $0.87 |
| LEE | 10/13/2007 2:29:10 PM | TFN1013 | | | Phone Withdrawal | ($20.00) | | $10.82 |
| LEE | 10/13/2007 2:13:42 PM | 33301008 | | | Western Union | $30.00 | | $30.82 |
| LEE | 10/10/2007 3:50:45 PM | TFN1010 | | | Phone Withdrawal | ($6.00) | | $0.82 |
| LEE | 10/10/2007 3:47:03 PM | HIPP0907 | | | Payroll - IPP | $1.08 | | $6.82 |
| LEE | 10/5/2007 5:01:23 PM | TFN1005 | | | Phone Withdrawal | ($20.00) | | $5.74 |
| LEE | 10/5/2007 5:31:09 AM | 70193001 | | | Lockbox - CD | $25.00 | | $25.74 |
| LEE | 10/4/2007 7:25:12 PM | 47 | | | Sales | ($33.05) | | $0.74 |

| | | | | | |
|---|---|---|---|---|---|
| LEE | 10/4/2007 12:24:59 PM | TFN1004 | Phone Withdrawal | ($17.00) | $33.79 |
| LEE | 10/3/2007 7:31:37 PM | TFN1003 | Phone Withdrawal | ($2.00) | $50.79 |
| LEE | 10/3/2007 7:28:28 PM | 33300308 | Western Union | $30.00 | $52.79 |
| LEE | 10/3/2007 2:07:51 PM | TFN1003 | Phone Withdrawal | ($8.00) | $22.79 |
| LEE | 10/2/2007 11:23:11 AM | HITS2CNV | Phone Rev With Rel | $0.08 | $30.79 |
| LEE | 9/29/2007 5:28:21 AM | 70192601 | Lockbox - CD | $30.00 | $30.71 |
| LEE | 9/20/2007 5:18:33 PM | 5 | Sales | ($4.70) | $0.71 |
| LEE | 9/13/2007 4:57:33 PM | ITS0913 | Phone Withdrawal | ($10.00) | $5.41 |
| LEE | 9/13/2007 3:10:46 PM | 33324907 | Western Union | $15.00 | $15.41 |
| LEE | 9/7/2007 4:57:29 PM | ITS0907 | Phone Withdrawal | ($20.00) | $0.41 |
| LEE | 9/7/2007 2:36:49 PM | GIPP0807 | Payroll - IPP | $5.25 | $20.41 |
| LEE | 9/4/2007 6:21:35 PM | 33324207 | Western Union | $15.00 | $15.16 |
| LEE | 8/30/2007 6:20:28 PM | 42 | Sales | ($5.55) | $0.16 |
| LEE | 8/29/2007 8:09:30 PM | ITS0829 | Phone Withdrawal | ($45.00) | $5.71 |
| LEE | 8/29/2007 5:09:38 PM | 33323807 | Western Union | $50.00 | $50.71 |
| LEE | 8/24/2007 6:18:17 PM | ITS0824 | Phone Withdrawal | ($10.00) | $0.71 |
| LEE | 8/24/2007 5:29:14 AM | 70190101 | Lockbox - CD | $10.00 | $10.71 |

1 2 3

Total Transactions: 109

Totals: $5.59    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | $16.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.21 |
| Totals: | $16.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.21 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| LEE | 1/30/2008 7:26:07 PM | TFN0130 | Phone Withdrawal | ($40.00) | $50.04 |
| LEE | 1/30/2008 6:14:38 PM | 33308808 | Western Union | $90.00 | $90.04 |
| LEE | 1/12/2008 6:54:25 AM | TFN0112 | Phone Withdrawal | ($2.00) | $0.04 |
| LEE | 1/10/2008 1:19:53 PM | HIPP1207 | Payroll - IPP | $1.08 | $2.04 |
| LEE | 1/7/2008 5:14:48 PM | 7 | Sales | ($4.50) | $0.96 |
| LEE | 1/6/2008 5:20:03 PM | TFN0106 | Phone Withdrawal | ($25.00) | $5.46 |
| LEE | 1/6/2008 5:18:05 PM | 33307108 | Western Union | $30.00 | $30.46 |
| LEE | 1/3/2008 5:22:20 PM | TFN0103 | Phone Withdrawal | ($20.00) | $0.46 |
| LEE | 1/3/2008 5:19:17 PM | 33306908 | Western Union | $20.00 | $20.46 |
| LEE | 1/2/2008 5:34:18 PM | 23 | Sales | ($39.95) | $0.46 |
| LEE | 1/2/2008 2:11:10 PM | TFN0102 | Phone Withdrawal | ($20.00) | $40.41 |
| LEE | 1/1/2008 7:19:32 PM | TFN0101 | Phone Withdrawal | ($20.00) | $60.41 |
| LEE | 1/1/2008 5:19:09 PM | 33306708 | Western Union | $80.00 | $80.41 |
| LEE | 1/1/2008 3:32:51 PM | TFN0101 | Phone Withdrawal | ($11.00) | $0.41 |
| LEE | 12/17/2007 7:17:11 PM | 55 | Sales | ($26.05) | $11.41 |
| LEE | 12/15/2007 5:34:48 AM | 70197801 | Lockbox - CD | $10.00 | $37.46 |
| LEE | 12/13/2007 3:55:07 PM | TFN1213 | Phone Withdrawal | ($5.00) | $27.46 |

1 2 3

Total Transactions: 109

Totals:   $5.59   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | $16.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.21 |
| Totals: | $16.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.21 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $836.16 | $830.77 | $8.77 | $50.53 | $5.50 | N/A | N/A |

# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☒ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | Nacoe Ray Brown v.s. United States of America | FOR Newly discovered evidence AT U.S. District Court Baltimore, MD | ▶ 34730-037 |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| Nacoe Ray Brown | 1 ☐ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☒ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☒ Other  Newly discovered evidence | Magistrate<br><br>District Court ▶ AMD 01-0377<br><br>Court of Appeals 06-6770 |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor<br>Bank Robbery<br>2113 A&D | | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: B.O.P.
IF YES, how much do you earn per month? $ 16.00
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 640.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED   SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE   DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____
DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS:
☒ MARRIED
☐ SINGLE
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 7
List persons you actually support and your relationship to them: N/A

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | N/A | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____April 15, 2008____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Nacoe Brown*