Clerks Office
U.S. District Court of Maryland
101 W. Lombard Street
Baltimore, MD. 21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 MAR 16 PM 12: 46

CLERK'S OFFICE
AT BALTIMORE

BY ____Klo.____ DEPUTY

Nacoe Ray Brown
Reg. No. 34730-037
FCI. McDowell
P.O. Box 1009
Welch, West Virginia 24801

### RE: Case No. JFM-11-1166; AMD01-0377; AMD 04-3500

Dear Clerks Office,

I am writing to request the discovery of the F.B.I. missing evidence investigation that was conducted in 2002 to 2006 during my trial, direct appeal, and 2255. That was referenced by the Government's Opposition to Petitioner's Motion To Vacated, Set Aside, or Correct Sentence. (on Page 5 and 13)

Respectfully Submitted,

Nacoe R. Brown