Nacoe R. Brown
7233 S. 87th East Avenue
33-207
Tulsa, OK 74133
760-910-8695
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 OCT 21 PM 3:46

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

October 14, 2020

Honorable Judge Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

Dear Judge Hollander:

May the blessings of our Heavenly Father and His Son Christ Jesus rest upon you as you read this letter of thanks.

Realizing you have an office to fulfill as a District Judge, a role that comes with great responsibility and should never be regarded lightly and granting my freedom from prison during this pandemic was a call beyond duty.

I want to thank you for showing compassion in your ruling especially during a time when our world seems to lack such empathy. Thank you for looking beyond my past and seeing who I am today and giving me a chance to have a promising future. It has been so long since it seems someone other than my family truly and honestly believe in my change. God has used you to increase my faith in Him and more hope in humanity.

I'm looking forward to beginning the next part of my success story and I thank you for playing a major role. I will keep this court aware of my progress and I will adhere to all the court requirements and I pray one day I can shake your hand and thank you in person.

Thank you again for allowing our Holy Father to use you to give me a chance to give back to society.

God bless you exceedingly, abundantly, above all you can ask or think. Ephesians 3:20

Nacoe Ray Brown

RECEIVED IN THE CHAMBERS OF
ELLEN L. HOLLANDER
OCT 21 2020
UNITED STATES DISTRICT JUDGE

NACOE R. BROWN
7233 S. 87TH EAST AVENUE
APT. 33-207
TULSA, OK 74133

TULSA OK 740
15 OCT 2020 PM 2 L

Honorable Judge Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

21201-262915