Case 6:22-cr-00132-PGB-LHP Document 20 (Court only) Filed 09/02/22 Page 1 of 4
Case 1:01-cr-00377-ELH Document 195-1 Filed 09/08/22 Page 1 of 4
Case 6:22-cr-00132-PGB-DAB Document 14 (Court only) Filed 08/30/22 Page 1 of 4
PageID 43

UNITED STATES GOVERNMENT

# memorandum

DATE: August 30, 2022

REPLY TO
ATTN OF: Melissa A. Rangel
United States Probation Officer - Orlando

SUBJECT: **Nacoe Ray Brown, Docket No.: 6:22-cr-132-WWB-DAB**
Request for Transfer of Jurisdiction - In

TO: The Honorable Wendy W. Berger
United States District Judge

## COURT HISTORY:

On December 13, 2002, in the District of Maryland, United States District Judge Andre M. Davis sentenced Nacoe Ray Brown on Counts 2 and 3: Bank Robbery and Count 4: Bank Robbery Aiding and Abetting. Mr. Brown was sentenced to 300 months imprisonment followed by five years of supervised release. In addition to the standard and mandatory conditions of supervision, the following special conditions were imposed: substance abuse treatment and mental health treatment. A $300 special assessment was imposed. Restitution in the amount of $378,666 was ordered to be paid at a rate of $1,500 a month.

On September 25, 2020, Mr. Brown was granted a compassionate release. His sentenced was reduced to time served plus 14 days to be followed by five years of supervised release. All previously imposed conditions were reinstated. The conditions were modified to include 12 months of home confinement.

On November 2, 2020, a modification of conditions of supervised release was submitted to the court. This modification was submitted due to Mr. Brown's request to relocate to the Northern District of Oklahoma. As a requirement to remain in this district, Mr. Brown's conditions had to be modified to include specific sex offender and financial conditions. On December 10, 2020, a modification hearing was held. Although the Court was amenable to modify the defendant's supervision to include sex offender registration requirement and sex offender treatment, the Court denied the additional sex offender conditions. As such, the Northern District of Oklahoma was unwilling to accept Mr. Brown's case without the additional sex offender conditions and Mr. Brown was required to return to the District of Maryland for supervision on January 12, 2021.

On May 21, 2021, a memorandum was submitted to the court in response to Mr. Brown's request to modify his supervised release conditions to include the following: visit his family in Oklahoma once a month while on home detention, visit a gym nearby his home, and suspend restitution payments until 2023. The Probation Office objected to these modifications due to Mr. Brown's non-compliance with his home detention requirements. The memorandum also noted that if Mr. Brown was allowed to travel to Oklahoma, his whereabouts could not be effectively monitored. Mr. Brown was instructed to provide updated financial information, to determine if the payment schedule should be modified. On May 24, 2021, the court denied Mr. Brown's request to modify his conditions.

On June 28, 2021, a status report was submitted to the court regarding an updated financial investigation. During this investigation, Mr. Brown disclosed that at the end of July 2021, he would be receiving a $100,000 investment for his business. He advised that he and his attorney planned to speak with his investors about taking a 10% salary from the investment and claim it as income, to assist him with the restitution payments. If the investor agreed, Mr. Brown would be required to pay $400 per month towards restitution. He was given a deadline of July 28, 2021, to provide an update on his financial status and was instructed to pay $200 per month towards restitution.

Case 6:22-cr-00132-PGB-LHP   Document 20 (Court only)   Filed 09/02/22   Page 2 of 4
Case 1:01-cr-00377-ELH   Document 1951   Filed 09/08/22   Page 2 of 4
Case 6:22-cr-00132-PGB-DAB   Document 14 (Court only)   Filed 08/30/22   Page 2 of 4
PageID 44

The Honorable Wendy W. Berger
RE: Brown, Nacoe Ray
August 30, 2022
Page 2

On August 18, 2021, a modification request was submitted to the court requesting that Mr. Brown be removed from home detention and for his restitution payments to be modified to $200 per month. The modification request noted that there was no change to Mr. Brown's financial status, as he did not receive the investment. The court concurred with these modifications.

**SUPERVISION HISTORY:**

Supervision commenced on October 7, 2020, in the Northern District of Oklahoma however, jurisdiction remained in the District of Maryland.

On November 2, 2020, a modification of conditions of supervised release was submitted to the court. This modification was submitted due to Mr. Brown's request to relocate to the Northern District of Oklahoma. As a requirement to remain in this district, Mr. Brown's conditions had to be modified to include specific sex offender and financial conditions. On December 10, 2020, a modification hearing was held. Although the Court was amenable to modify the defendant's supervision to include sex offender registration requirement and sex offender treatment, the Court denied the additional sex offender conditions. As such, the Northern District of Oklahoma was unwilling to accept Mr. Brown's case without the additional sex offender conditions and Mr. Brown was required to return to the District of Maryland for supervision on January 12, 2021.

Since January 12, 2021, Mr. Brown has maintained a stable residence with his sister, Louise Brown, in Baltimore, Maryland. Mr. Brown is the owner of Divine Royalty, LLC which is a publishing company of music, books, and movies. Mr. Brown reported that his company was currently in the process of filming a movie called, "Divided Nations."

Regarding his special conditions, on January 25, 2021, a substance abuse evaluation was completed by Eva Life Giver. Substance abuse treatment was not recommended at this time and no history of substance abuse was reported. On March 1, 2021, a mental health evaluation was completed by Eva Life Giver. Mr. Brown was diagnosed with Adjustment Disorder, Unspecified and was recommended for bi-weekly individual counseling. Mr. Brown began bi-weekly counseling in June 2021, and his counseling was decreased to monthly sessions in October 2021. On May 1, 2022, he was successfully discharged from mental health treatment.

On August 18, 2021, he was successfully removed early from home detention, after a modification request was submitted to the court.

Mr. Brown was ordered by the court to pay $378,666 in restitution, in monthly installments of $1,500 and a $300 special assessment. On August 18, 2021, the required monthly installment was decreased to $200, due to Mr. Brown's financial status. To date, $3,700 has been paid toward restitution and the $300 special assessment has been paid in full. Between May 2021, and February 2022, Mr. Brown made consistent monthly payments of $200.

On March 1, 2022, a $4,448.96 tax return was garnished by the Treasury Offset Program to be paid toward the outstanding restitution. On March 9, 2022, Mr. Brown was instructed by his supervising officer to continue to make monthly installments despite the garnishment; however, he failed to do so. On June 21, 2022, the supervising officer was notified by Christine Clark, Paralegal Specialist at the U.S. Attorney's Office, that this garnishment had been returned to Mr. Brown's wife. She noted that Mr. Brown had not made a payment since February 2022 and inquired when Mr. Brown's next payment would be. On June

Case 6:22-cr-00132-PGB-LHP Document 20 (Court only) Filed 09/02/22 Page 3 of 4
Case 1:01-cr-00377-ELH Document 195-1 Filed 09/08/22 Page 3 of 4
Case 6:22-cr-00132-PGB-DAB Document 14 (Court only) Filed 08/30/22 Page 3 of 4
PageID 45

The Honorable Wendy W. Berger
RE: Brown, Nacoe Ray
August 30, 2022
Page 3

22, 2022, the supervising officer spoke to Mr. Brown via telephone, and he was verbally reprimanded for his failure to make required monthly payments toward restitution. Mr. Brown advised he did not believe that he should continue to make monthly payments since $4,448.96, was recently garnished towards the restitution. Mr. Brown was instructed to make a $1,000 payment toward restitution by July 10, 2022.
On June 28, 2022, Mr. Brown was arrested and charged in the Orange County Circuit Court in Orlando, Florida with Robbery with Threat of a Weapon and Grand Theft 3rd Degree (>$750, < $5,000) (Case Number # 2022-CF-007469- A-O). These incidents occurred on or about June 28, 2022. These charges were subsequently nolle prosequi on August 10, 2022.

On July 8, 2022, the District of Maryland filed a Violation Report alleging that Mr. Brown violated his probation by failing to comply with the following conditions: You must not commit another federal, state, or local crime; you must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer; pay restitution at a rate of $200 a month; follow the instructions of the probation officer.

As a result of the aforementioned conduct, a criminal complaint was filed in United States District Court, Middle District of Florida, Docket No. 6:22-cr-133-PGB-LHP.

On August 16, 2022, Mr. Brown appeared before United States Magistrate Judge Leslie Hoffman for a preliminary hearing on the violation of probation and on the new criminal complaint. Mr. Brown reserved his right to a detention hearing. The Court found that there was probable cause to proceed.

**RECOMMENDATION:**

The United States Probation Office is in receipt of Probation form 22, Order Transferring Jurisdiction, signed by the Honorable Ellen Hollander. The United States Probation Office is respectfully requesting that the Court accept jurisdiction. We believe that this will allow the judicial system the opportunity to address the violation and pending federal case more efficiently. Should Your Honor concur, the Probation Form 22 is provided.

| Respectfully Submitted: | Approved By: |
|---|---|
| /s/ Melissa A. Rangel | /s/ Scott Fanelli |
| | |
| Melissa A. Rangel | Scott Fanelli, Supervising |
| United States Probation Officer | United States Probation Officer |
| 407-835-5837 | 407-835-5847 |
| 239-322-9028 | 407-402-9680 |

cc: Joseph C. Collins, Chief
    United States Probation Officer

Case 6:22-cr-00132-PGB-LHP Document 20 (Court only) Filed 09/02/22 Page 4 of 4
Case 1:01-cr-00377-ELH Document 1951 Filed 09/08/22 Page 4 of 4
Case 6:22-cr-00132-PGB-DAB Document 14 (Court only) Filed 08/30/22 Page 4 of 4
PageID 46

The Honorable Wendy W. Berger
RE: Brown, Nacoe Ray
August 30, 2022
Page 4

APPROVED: _____  9/2/2022
United States District Judge                Date

DISAPPROVED: _____  _____
United States District Judge                Date

COMMENTS: _____
_____
_____
_____
_____
_____