Nacoe Brown
Hazelton (FCI)
P.O.Box 5000
Bruceton Mills,WV.26525
I/M #34730-037

FILED ENTERED
LCGGED RECEIVED

OCT 28 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

October 22,2025                      Case No.ELH-01-0377


District Court Judge
Ellen Lipton Hollander
101 West Lombard St.
Baltimore,MD.21201


Dear Honorable Judge Ellen Hollander;
   I pray all is well with you, and this Correspondence finds you in
peace of mind,soul, and spirit.
I received your letter in respondence to my last correspondence letter.
Thank you for taking the time to answer my questions,your letter was
a great help.

   The final question I have on this matter is; When I was sentence
in 2002 by The Honorable Judge Davis, I was given restitution. It was
a special assignment to be paid while on Supervised Release.
Today, the counselor here in the institution insist that I pay now,
so with all due respect Your Honor, would you please clearify wheather
I'm to pay restitution now, or upon my Supervised Release?

   Thank You In Advance Concerning this matter.
I look forward to hearing from you in the future.
 Have an Excellent Day

                              RESPECTFULLY SUBMITTED:
                              x _____
                               Nacoe Brown