**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 4, 2025

Nacoe Brown, I/M #34730-037
Hazelton (FCI)
P.O. Box 5000
Bruceton Mills, West Virginia  26525

    Re:    *United States of America v. Nacoe Brown*
            Criminal No.:  ELH-01-00377

Dear Mr. Brown:

    Your letter of October 22, 2025, was received by me on October 28, 2025.  ECF 215.  In your letter, you ask whether the restitution ordered by Judge Andre Davis is "to be paid while on Supervised Release" or, as your counselor claims, during your incarceration.  *Id.*

    I have reviewed ECF 31, which is the Judgment entered by Judge Andre Davis on December 17, 2002.  He did, in fact, provide for payment of restitution by you while you are on supervised release, in minimum monthly installments of $1,500.  However, he also stated the following:  "Unless the court expressly orders otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties *shall be due* during the period of imprisonment through the Bureau of Prisons' Inmate Financial Responsibility Program."  (Emphasis added).

    In other words, Judge Davis expressly required that you make payments toward your restitution obligation during the period of your incarceration.  Any unpaid balance will be payable while you are on supervised release.

    I hope this information is helpful.

                                          Very truly yours,

                                          /s/
                                          Ellen L. Hollander
                                          United States District Judge